IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LELA PANKEY                                                                                                    PLAINTIFF

VERSUS                    CIVIL ACTION NO. 3:08CV00176 JTR

MICHAEL J. ASTRUE,                                                                                      DEFENDANT
Commissioner, Social
Security Administration

## **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 22nd day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE